# UNITED STATES DISTRICT COURT

Southern District of Georgia
Savannah Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Kenneth Lee Jenkins Jr.<br>aka Foster Fitzgerald Fryer,<br>aka Terry Jones | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 4:11CR00006-1<br>USM Number: 16859-021<br><br>James Scott Byrne<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory and standard conditions of the term of supervision.

☐ was found in violation of conditions(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these offenses:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from unlawful use of a controlled substance (mandatory condition). | 03/10/15 |
| 2 | The defendant failed to report to the probation officer as directed by the Court or probation officer (standard condition). | 03/31/15 |
| 3 | The defendant failed to follow the instructions of the probation officer (standard condition). | 03/31/15 |

The defendant is sentenced as provided on page 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's SSN: 5339

Defendant's Year of Birth: 1982

City and State of Defendant's Residence:
Savannah, Georgia

May 27, 2015
Date of Imposition of Judgment

Signature of Judge

William T. Moore, Jr.
Judge, U.S. District Court
Name and Title of Judge

May 27, 2015
Date

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
MAY 28 2015
CLERK
SO. DIST. OF GA

DEFENDANT: Kenneth Lee Jenkins, Jr.
CASE NUMBER: 4:11CR00006-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>13 months.</u>
<u>The defendant is to receive credit for the time he has served in federal custody since April 9, 2015.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
Designation to the Bureau of Prisons facility located in Jesup, Georgia, is recommended.
It is further recommended that the defendant receive any mental health and substance abuse counseling offered by the Bureau of Prisons during his period of incarceration.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____ .

☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☐ before 2 p.m. on _____ .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL